IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

        Plaintiff,

                                                Case No.: 8:17-cv-953-T23-AEP

  v.

SHARON M. KEISER, TAMINY T.
FOGELSONG, and EMBER L. KEISER,

        Defendants.

_____/

## NOTICE OF SETTLEMENT

      Plaintiff, Metropolitan Life Insurance Company, by and through the undersigned counsel and pursuant to Middle District of Florida Local Rule 3.08 (a), hereby notifies this Honorable Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a dismissal with prejudice once the settlement conditions have been completed.

                                                  Respectfully submitted,
                                                  */s/ Stephanie A. Segalini*
                                                  Stephanie A. Segalini, Esquire
                                                  Florida Bar Number: 092630
                                                  **HINSHAW & CULBERTSON LLP**
                                                  100 South Ashley Drive
                                                  Suite 500
                                                  Tampa, FL 33602
                                                  Phone:  (813) 276-1662
                                                  Fax:     (813) 276-1956
                                                  Primary Email:  ssegalini@hinshawlaw.com
                                                  Secondary: twest@hinshawlaw.com,
                                                  ccampos@hinshawlaw.com
                                                  Counsel for *Plaintiff Metropolitan Life Insurance Company*

300757866v1 0997531

– 2 –

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this 28th day of November, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF to Peter Grilli, Esq., 3001 West Azeele Street, Tampa, FL 33609, peter@grillimediation.com  and served via U.S. Mail and Email to the following Pro Se parties:

Sharon M. Keiser
Phone: 352-533-1260
14235 Mulkerin Drive
Brooksville, FL 34614

Taminy T. Fogelsong
Phone: 727-623-3074
3901 46th Ave. North #14
St. Petersburg, FL   33714
tamifogelsong@yahoo.com

Ember L. Keiser
Phone: 352-584-6586
14235 Mulkerin Drive
Brooksville, FL   34614
emberlynnk@yahoo.com

*/s/ Stephanie A. Segalini*
Stephanie A. Segalini, Esq.
Florida Bar No.: 92630

300757866v1 0997531