UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

METROPOLITAN LIFE
INSURANCE COMPANY,

      Plaintiff,

v.                                      CASE NO. 8:17-cv-00953-T-23AEP

SHARON M. KEISER, TAMINY T.
FOGELSONG, and EMBER L. KEISER,

      Defendants.
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**
**DISMISSAL WITH PREJUDICE**

      Plaintiff, Metropolitan Life Insurance Company, pursuant to Fed.R.Civ.P. 6(b) and M.D. Fla. L.R. 3.01, moves this Court for a 21-day extension of time, or through February 20, 2018, to file the stipulated final dismissal with prejudice. In support of this Motion, MetLife states:

      1.      Defendant filed a Notice of Settlement notifying this Court that a settlement had been reached between the parties, pending final execution of settlement documents and releases.

      2.      By this Court's Order dated December 1, 2017 [ECF No. 7], the deadline for the parties to file a stipulated form of final order or judgement, or to move to vacate the dismissal for good cause, is January 30, 2016.

      3.      Although this action has been resolved between the parties, additional time is required to finalize the settlement documents and file the necessary documents to conclude this action.

4. Additional time is necessary because undersigned counsel transitioned to a new firm effective January 1, 2018, and there was a delay of several weeks in the transition of file documents from the old to the new firm. The transition is now complete and undersigned counsel expects to have the settlement finalized with the pro se Defendants within the next three weeks.

5. This Motion is not interposed for purposes of delay, and no prejudice will result from granting this Motion.

### Good Faith Certification Pursuant to 3.01 (g)

On January 30, 2018, undersigned counsel corresponded with Defendants, Taminy Fogelsong, Sharon Keiser, and Ember Keiser. Each Defendant confirmed that she does not oppose this motion, or the relief sought herein.

Accordingly, MetLife asks that this Court enter an Order extending the time to file the stipulated final dismissal with prejudice to February 20, 2018.

Dated: January 30, 2018

EDISON, MCDOWELL & HETHERINGTON LLP
Attorneys for Plaintiff
Metropolitan Life Insurance Company
111 N. Orange Avenue
Suite 800
Orlando, FL 32801
Telephone: (407) 519-1080
Fax: (407) 412-9697

By: ___s/Stephanie A. Segalini

STEPHANIE A. SEGALINI
Fla. Bar No. 0092630
stephanie.segalini@emhllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on January 30, 2018 I served a copy of this document by U.S. First Class Mail on the following:

Sharon M. Keiser
14235 Mulkerin Drive
Brooksville, FL  34614

Ember L. Keiser
14235 Mulkerin Drive
Brooksville, FL  34614

Taminy T. Fogelsong
3901 46th Ave. North #14
St. Petersburg, FL  33714

                                          s/Stephanie A. Segalini
                                          Stephanie A. Segalini